IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BROOKE RYAN, individually and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>TEMPLE UNIVERSITY, )<br><br>Defendant. ) | Case No.: 5:20-cv-02164 |
| CHRISTINA FUSCA, on behalf herself and all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>TEMPLE UNIVERSITY, )<br><br>Defendant. ) | Case No.: 2:20-CV-03434 |

**PLAINTIFFS' JOINT MOTION TO CONSOLIDATE RELATED CASES AND APPOINT INTERIM CLASS COUNSEL**

Pursuant to Federal Rule of Civil Procedure 42(a), Plaintiff respectfully moves this court to consolidate two putative class action cases now pending in this district: *Ryan v. Temple University,* 5:20-cv-02164 and *Fusca v. Temple University,* 2:20-cv-03434. Plaintiffs further request that this Court select and appoint Anastopoulo Law Firm, LLC and Carlson Lynch, LLP as interim co-lead putative class counsel for Plaintiffs pursuant to Federal Rule of Civil Procedure 23(g)(3). In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law.

Dated: August 12, 2020

Respectfully submitted,

| **ANASTOPOULO LAW FIRM, LLC** | **CARLSON LYNCH LLP** |
|---|---|
| /s/ Eric M. Poulin<br>Eric M. Poulin**<br>Roy T. Willey IV**<br>32 Ann Street<br>Charleston, SC 29403<br>Telephone: (843) 614-8888<br>Email: eric@akimlawfirm.com<br>        roy@akimlawfirm.com<br><br>        **Admitted *Pro Hac Vice* | /s/ Edward W. Ciolko<br>Edward W. Ciolko**<br>Gary F. Lynch<br>Nicholas A. Colella**<br>1133 Penn Ave. 5th Floor<br>Pittsburgh, PA 15222<br>Telephone:412-322-9243<br>Email: eciolko@carlsonlynch.com<br>        ncolella@carlsonlynch.com<br>        glynch@carlsonlynch.com<br><br>**ATTORNEYS FOR PLAINTIFF FUSCA** |

-AND-

**CARPEY LAW, P.C.**
Stuart A. Carpey, #49490
600 W. Germantown Pike, Suite 400
Plymouth Meeting, AP 19462
Phone: (610) 834-6030
Email: scarpey@carpeylaw.com

**ATTORNEYS FOR PLAINTIFF RYAN**

## LCvR 7(b) CERTIFICATION

Counsel for Plaintiff has conferred with Defendant regarding this motion and Defendant does not oppose the relief sought, provided, however, that Defendant's consent is not deemed a waiver of any defenses Defendant might later assert, including Defendant's right to ultimately contest class certification.  Plaintiff agrees that consolidation and appointment of interim Class Counsel does not serve to waive Defendant's ability to raise any and all available defenses to the action, including defenses to class certification, and the same has been reserved in the attached Proposed Order.

                           */s/ Eric M. Poulin*
                           Eric M. Poulin

## CERTIFICATE OF SERVICE

  I, Eric M. Poulin, hereby certify that on August 12, 2020 a true and correct copy of the foregoing Motion and accompanying Memorandum of Points and Authorities was served via the Court's electronic filing system to all counsel of record.

         */s/ Eric M. Poulin*
         Eric M. Poulin