# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

BROOKE RYAN, individually and on behalf of all others similarly situated

                       Plaintiff,

           v.

TEMPLE UNIVERSITY,

                       Defendant.

:
:
:
:
:
:      Civil No. 5:20-cv-02164-JMG
:
:
:

_____

## ORDER

**AND NOW**, this 22nd day of April, 2021, upon consideration of Defendant's Motion to Dismiss Plaintiffs' Consolidated Second Amended Complaint (ECF No. 16), Plaintiffs' Response in Opposition to Defendant's Motion (ECF No. 17), and Defendant's Reply to Plaintiffs' Response (ECF No. 19), **IT IS HEREBY ORDERED** that, for the reasons set forth in the accompanying Memorandum:

1. Defendant's Motion to Dismiss is **GRANTED**;

2. Plaintiffs' Consolidated Second Amended Complaint (ECF No. 15) is **DISMISSED with prejudice**;

3. The Clerk of Court is directed to mark this action as **CLOSED**.


                                   BY THE COURT:


                                   */s/ John M. Gallagher*_____
                                   JOHN M. GALLAGHER
                                   United States District Court Judge