UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-2013
_____

CLAIRE HICKEY; AKIRA KIRKPATRICK; VALERI NATOLI; CANDACE N.
GRAHAM; CARLY SWARTZ; NICHOLAS BOWES,
on behalf of themselves and all others similarly situated,
Appellants

v.

UNIVERSITY OF PITTSBURGH
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 2-20-cv-00690)
District Judge: Hon. William S. Stickman, IV
_____

No. 21-2016
_____

BROOKE RYAN, individually and on behalf of all others similarly situated;
CHRISTINA FUSCA, on behalf of herself and all others similarly situated,
Appellants

v.

TEMPLE UNIVERSITY
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 5-20-cv-02164)
District Judge: Hon. John M. Gallagher
_____

Argued January 25, 2023
_____

BEFORE: HARDIMAN, KRAUSE, and MATEY, *Circuit Judges*

---

JUDGMENT

---

This cause came to be considered on the record on appeal from the United States District Court for the Eastern District of Pennsylvania and the United States District Court for the Western District of Pennsylvania and was argued on January 25, 2023.

On consideration whereof, it is hereby ORDERED and ADJUDGED by this Court that the judgments of the District Court dated April 27, 2021 and April 22, 2021 are AFFIRMED IN PART, REVERSED IN PART, AND REMANDED FOR FURTHER PROCEEDINGS. All of the above in accordance with the opinion of this Court. Costs shall not be taxed.

ATTEST:

s/ Patricia S. Dodszuweit
Dated: August 11, 2023                    Clerk

Certified as a true copy and issued in lieu of a formal mandate on   09/06/2023

Teste: *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**