OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

September 6, 2023

Brandy S. Lonchena
United States District Court for the Western District of Pennsylvania
Joseph F. Weis Jr. United States Courthouse
700 Grant Street
Pittsburgh, PA 15219

RE: Claire Hickey, et al v. University of Pittsburgh
     Brooke Ryan, et al v. Temple University

Case Numbers: 21-2013 & 21-2016

District Court Case Numbers: 2-20-cv-00690 & 5-20-cv-02164

Dear Ms. Lonchena:

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of the order in the above-captioned case(s). The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order is also enclosed showing costs taxed, if any.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: *s/ Aina Renwrick*
Legal Assistant
267-299-4957

cc:

Michael E. Baughman
Stuart A. Carpey
Edward W. Ciolko
Nicholas Colella
Gerard A. Dever
Jessica L. Ellsworth
Jamisen A. Etzel
Christopher R. Healy
Jeffrey A. Klafter
Seth R. Lesser
Roberta D. Liebenberg
Gary F. Lynch
James C. Martin
Eric Poulin
Burt M. Rublin
Roy T. Willey IV
Colin E. Wrabley
Nathaniel A.G. Zelinsky