# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BROOKE RYAN, *et al.*, | : |
|     Plaintiffs, | : |
| | : |
| v. | :   Civil No. 5:20-cv-02164-JMG |
| | : |
| TEMPLE UNIVERSITY, | : |
|     Defendant. | : |

**ORDER**

**AND NOW**, this 18th day of September, 2023, **IT IS HEREBY ORDERED THAT** the application of, Blake G. Abbott, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is:

☒ Granted[1]

☐ Denied

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

---

[1] To meet the requirement of registering for ECF in the Eastern District of Pennsylvania, counsel is directed to the Court's website: https://www.paed.uscourts.gov/nextgen-cmecf