IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BROOKE RYAN, *individually and on behalf of all others similarly situated,* | Case No. 20-cv-02164-JMG |
| Plaintiff, | CLASS ACTION |
| v. | |
| TEMPLE UNIVERSITY, | |
| Defendant. | |
| CHRISTINA FUSCA, *individually and on behalf of all others similarly situated,* | Case No. 20-cv-03434-JMG |
| Plaintiff, | CLASS ACTION |
| v. | |
| TEMPLE UNIVERSITY, | |
| Defendant. | |

**PLAINTIFFS' MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE THAT**, upon the accompanying exhibits and memorandum of law, and upon all prior proceedings, pleadings, and filings in the above-captioned action, Named Plaintiffs Brooke Ryan and Christina Fusca will move this Court on Wednesday, February 26, 2025, at 9:30 a.m. in the United States District Court for the Eastern District of Pennsylvania, Edward N. Cahn United States Courthouse, Courtroom 4B, 504 W. Hamilton Street, Allentown, PA 18101, before the Honorable John M. Gallagher of the United States District Court for the

1

Eastern District of Pennsylvania, for an Order under Federal Rule of Civil Procedure 23: (1) finally certifying, for purposes of the Settlement only, the following Settlement Class:

> All Temple undergraduate, graduate, and professional students who paid their tuition and/or University Services Fee obligations from any source for the Spring 2020 Semester, enrolled in at least one in-person, on-campus class during the Spring 2020 Semester, and remained enrolled after March 16, 2020. Excluded from the Settlement Class are (1) any person who withdrew from Temple on or before March 16, 2020; (2) any person who was enrolled solely in a class or classes that were originally intended to be taught in an online format in the Spring 2020 Semester even before the COVID-19 pandemic; (3) any person who received a full scholarship\grants from Temple or otherwise was not obligated to make contributions, payments or third-party arrangements towards tuition or fees for the Spring 2020 Semester; (4) any Judge or Magistrate Judge presiding over these Actions and members of their families; (5) any person who properly executes and files a timely request for exclusion from the Settlement Class; and (6) the legal representatives, successors or assigns of any such excluded persons.

(2) confirming that the notice plan approved by the Court in its October 15, 2024, Preliminary Approval Order has been fully and sufficiently executed; (3) finally appointing Named Plaintiffs Brooke Ryan and Christina Fusca as Settlement Class Representatives; (4) finally appointing Poulin | Willey | Anastopoulo, LLC, Lynch Carpenter, LLP, and Carpey Law, P.C. to act on behalf of the Settlement Class and the Settlement Class Representatives with respect to the Settlement; (5) entering the proposed final judgment; and (6) granting such other and further relief as may be just and appropriate.

Dated: February 12, 2025

Respectfully submitted,

*/s/ Gary F. Lynch*
Gary F. Lynch (PA ID No. 56887)
Nicholas A. Colella (PA ID No. 332699)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
Gary@lcllp.com
NickC@lcllp.com

Paul J. Doolittle
**POULIN WILLEY ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
Tel: 843-614-8888
pauld@akimlawfirm.com

Stuart A. Carpey
**CARPEY LAW, P.C.**
600 W. Germantown Pike,
Suite 400
Plymouth Meeting, PA 19462
Tel: 610-834-6030
scarpey@carpeylaw.com

*Attorneys for Plaintiff and the Settlement Class*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on February 12, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

                                                */s/ Gary F. Lynch*
                                                Gary F. Lynch